STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH BASILE, DEFENDANT-PETITIONER.

*Mr. Raymond A. Brown* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

January 28, 1963. Denied.

DOMENICK YACONO, PLAINTIFF-RESPONDENT, v. ARROW MERCERIZING & DYEING CO., INC., DEFENDANT-PETITIONER.

*Messrs. McCarter & English, Mr. Merritt Lane, Jr.,* and *Mr. Michael D. Loprete* for the petitioner.

*Mr. Leo Brauer* and *Mr. Joseph V. Cullum* for the respondent.

January 28, 1963. Denied.